**No. 11-7124. James Z. Yelverton, Petitioner v. United States.**

565 U.S. 1085, 132 S. Ct. 828, 181 L. Ed. 2d 537, 2011 U.S. LEXIS 8816.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Armed Forces denied.

Same case below, 70 M J. 268.

**No. 11-7125. Eddie David Zamarripa, Petitioner v. United States.**

565 U.S. 1085, 132 S. Ct. 828, 181 L. Ed. 2d 537, 2011 U.S. LEXIS 8717.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 446 Fed. Appx. 848.

**No. 11-7131. John Jacques, Petitioner v. United States.**

565 U.S. 1085, 132 S. Ct. 828, 181 L. Ed. 2d 537, 2011 U.S. LEXIS 8736.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 423 Fed. Appx. 641.

**No. 11-7133. Adan Molina, Petitioner v. United States.**

565 U.S. 1085, 132 S. Ct. 829, 181 L. Ed. 2d 537, 2011 U.S. LEXIS 8742.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 432 Fed. Appx. 744.

**No. 11-7135. Anthony Warren, Petitioner v. United States.**

565 U.S. 1085, 132 S. Ct. 829, 181 L. Ed. 2d 537, 2011 U.S. LEXIS 8716.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-7136. Franklin Joe White, Petitioner v. United States.**

565 U.S. 1085, 132 S. Ct. 829, 181 L. Ed. 2d 537, 2011 U.S. LEXIS 8782.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 441 Fed. Appx. 190.

**No. 11-7137. David Damont Ward, Petitioner v. United States.**

565 U.S. 1085, 132 S. Ct. 829, 181 L. Ed. 2d 537, 2011 U.S. LEXIS 8804.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 439 Fed. Appx. 258.

**No. 11-7138. Burl Bargeron, Petitioner v. United States.**

565 U.S. 1085, 132 S. Ct. 829, 181 L. Ed. 2d 537, 2011 U.S. LEXIS 8714.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 435 Fed. Appx. 892.